**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RM AUCTIONS, INC d/b/a RM
SOTHEBY'S and RM
FINANCIAL SERVICES LLC,

Case No. 2:24-cv-12739

      Plaintiffs,

Honorable Nancy G. Edmunds

v.

JEAN GUIKAS and GTC SASU,

      Defendants.

---

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs RM Auctions, Inc. d/b/a RM Sotheby's ("RMS") and RM Financial Services LLC ("RMFS"), by and through its counsel, Dykema Gossett PLLC, hereby responds to this Court's October 18, 2024 Order to Show Cause to establish that the Court has diversity of citizenship subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.  Plaintiffs state as follows:

1.    Plaintiffs' Response is filed to allege additional jurisdictional facts regarding the citizenship of RMFS's members pursuant to the Court's Order to Show Cause dated October 18, 2024.  (ECF No. 2.)

2.    Plaintiff RMFS is a Deleware limited liability company.

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, Michigan 48933

1

3.      Plaintiff RMFS's sole member is Plaintiff RM Auctions, Inc., which is a Delaware corporation having its principal place of business at 1711 Thunderbird Street, Troy, Michigan 48084.

4.      Plaintiffs incorporate the remainder of their citizenship allegations from their Petition, which, along with RMFS's citizenship, establish that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because the parties are citizens of different States and citizens or subjects of a foreign state.  Plaintiffs RMS and RMFS are each citizens of Deleware and Michigan for purposes of diversity jurisdiction, whereas Guikas and GTC are citizens of France.

5.      Accordingly, this Court has proper subject matter jurisdiction over this action.

Dated: October 28, 2024

Respectfully submitted,

*/s/ Mark J. Magyar*
Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
(616) 776-7523
mmagyar@dykema.com

Ashley R. Fickel
DYKEMA GOSSETT PLLC
333 South Grand Avenue, Suite 2100
(213) 457-1758
afickel@dykema.com

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, Michigan 48933